UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICKY LEE BROYLES,

      Petitioner,                            Case No. 1:03-cv-605

v                                            Hon. Wendell A. Miles

JOHN CASON,

      Respondent.

_____/


ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      On May 30, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a

Report and Recommendation ("R & R") recommending that Ricky Lee Broyles' petition for writ

of habeas corpus be denied.  Petitioner has filed objections to the R & R.  The court, having

reviewed the R & R filed by the United States Magistrate Judge in this action, and having

considered petitioner's objections, agrees with the  recommended disposition contained in the

R & R.  Judgment will therefore be entered accordingly.

      Entered this 27th day of June, 2006.


                                         /s/ Wendell A. Miles
                                       Wendell A. Miles
                                       Senior U.S. District Judge