UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICKY LEE BROYLES,

    Petitioner,

v
                                                            Case No. 1:03-cv-605

JOHN CASON,                                      Hon. Wendell A. Miles

    Respondent.

_____/


## JUDGMENT


The petition for habeas corpus is denied.

Entered this 27th day of June, 2006.


                                                             /s/ Wendell A. Miles
                                                            Wendell A. Miles
                                                            Senior U.S. District Judge